## CAMPBELL v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 73, September Term, 1964.]

*Decided December 7, 1964.*

Before HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY, MARBURY, SYBERT and OPPENHEIMER, JJ.

Per Curiam.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons assigned by Judge Evans in the court below.

*Application denied.*